# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHRIS MATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | |
| ) | |
| CITY OF FOREST PARK, GA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL

TO:    Chris Matson
       c/o Steven N. Newton
       Steven N. Newton, LLC
       401 Westpark Ct., Suite 200
       Peachtree City, GA 30269

       c/o Nancy B. Pridgen
       Pridgen Bassett Law, LLC
       One Glenlake Pkwy., Suite 650
       Atlanta, GA 30328

**PLEASE TAKE NOTICE** that the City of Forest Park, Georgia, named as Defendant in the matter of <u>Chris Matson v. City of Forest Park</u>, originally filed in Superior Court of Clayton County, Civil Action No. 2020CV02803-09, did on this day remove said matter to the United States District Court for the Northern District of Georgia, Atlanta Division.

Copies of (a) the Notice of Removal filed with the District Court and (b) the Notice to the Superior Court of Filing Notice of Removal of Civil Action filed with the Clerk of the Superior Court are attached hereto as Exhibits A and B, respectively, and are hereby served upon you in accordance with 28 U.S.C. § 1446(d) and O.C.G.A. § 9-11-5.

Respectfully submitted, this 2nd day of December, 2020.

/s/ *Sharon P. Morgan*
Sharon P. Morgan
Georgia Bar No. 522955
Laura A. Denton
Georgia Bar No. 158667
K. Tate Gray
Georgia Bar No. 919123

ELARBEE, THOMPSON, SAPP &
  WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 659-6700
(404) 222-9718 (Facsimile)
morgan@elarbeethompson.com
denton@elarbeethompson.com
gray@elarbeethompson.com

*Attorneys for the City of Forest Park*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHRIS MATSON, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: |
| vs. | ) |
| CITY OF FOREST PARK, GA, | ) |
| Defendant. | ) |

I hereby certify that the foregoing **NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL** was served on counsel for Plaintiff via U.S. Mail, postage pre-paid, to the following address:

Steven N. Newton
Steven N. Newton, LLC
401 Westpark Ct., Suite 200
Peachtree City, GA 30269

Nancy B. Pridgen
Pridgen Bassett Law, LLC
One Glenlake Pkwy., Suite 650
Atlanta, GA 30328

Respectfully submitted, this 2nd day of December, 2020.

*/s/ Sharon P. Morgan*
Sharon P. Morgan
Georgia Bar No. 522955

ELARBEE, THOMPSON, SAPP &
   WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 659-6700
(404) 222-9718 (Facsimile)
morgan@elarbeethompson.com

*Attorney for the City of Forest Park*

-2-

# EXHIBIT A

# EXHIBIT B