IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRIS MATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | 1:20-cv-04880-LMM-RDC |
| ) | |
| CITY OF FOREST PARK, GA, ) | |
| ) | |
| Defendant. ) | |

**<u>CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Plaintiff Chris Matson makes the following disclosures:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Chris Matson

- City of Forest Park, GA

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

having a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Empower Retirement, LLC (third-party administrator of the retirement plans at issue in this case)

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in the proceeding:

- Steven N. Newton, LLC – Counsel for Chris Matson
- Steven N. Newton – Counsel for Chris Matson
- Pridgen Bassett Law, LLC – Counsel for Chris Matson
- Nancy B. Pridgen – Counsel for Chris Matson
- Leslie M. Bassett – Counsel for Chris Matson
- Elarbee, Thompson, Sapp & Wilson, LLP – Counsel for City of Forest Park
- Sharon P. Morgan – Counsel for City of Forest Park
- Laura A. Denton – Counsel for City of Forest Park
- K. Tate Gray – Counsel for City of Forest Park

Respectfully submitted, this 20th day of January 2021.

                                            STEVEN N. NEWTON, LLC

                                            */s/Steven N. Newton*
                                            Steven N. Newton
                                            Georgia Bar No. 211382

401 Westpark Court, Suite 200
Peachtree City, Georgia 30269
678-837-6398
678-831-0707 (fax)
steven@mynewtonlaw.com
snnewtonlaw@gmail.com

*Counsel for Plaintiff*

                                            PRIDGEN BASSETT LAW, LLC

                                            *s/Nancy B. Pridgen*
                                            Nancy B. Pridgen, Esq.
                                            Georgia Bar No. 587949
                                            Leslie M. Bassett, Esq.
138 Bulloch Avenue                          Georgia Bar No. 477037
Roswell, Georgia 30075
470-333-7472
678-812-3654 (fax)
nancy@pridgenbassett.com
leslie@pridgenbassett.com

*Counsel for Plaintiff*

## CERTIFICATE OF COMPLIANCE

I hereby certify that pursuant to Local Rule 7.1(D), the foregoing has been prepared in compliance with the United States District Court, Northern District of Georgia Local Rule 5.1(B) in 14-point Times New Roman font.

                        */s/Steven N. Newton*
                        Steven N. Newton
                        Georgia Bar No. 211382

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CHRIS MATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | 1:20-cv-04880-LMM-RDC |
| ) | |
| CITY OF FOREST PARK, GA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January ___, 2021, I electronically filed the **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Sharon P. Morgan, Esq. (morgan@elarbeethompson.com)
Laura A. Denton, Esq. (denton@elarbeethompson.com)
K. Tate Gray, Esq. (gray@elarbeethompson.com)

STEVEN N. NEWTON, LLC

*s/Steven N. Newton*
Steven N. Newton
Georgia Bar No. 211382
*Counsel for Plaintiff*