# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHRIS MATSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF FOREST PARK, GA, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO.: <br> 1:20-cv-04880-LMM-RDC |

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2021, I electronically filed the Certificate of Service for **DEFENDANT CITY OF FOREST PARK'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF CHRIS MATSON** with the Clerk of Court using the CM/ECF System which will automatically send email notification of such filing to the following attorneys of record:

> Steven N. Newton
> Nancy B. Pridgen

I hereby further certify that on this same date I have sent via overnight mail and electronic mail **DEFENDANT CITY OF FOREST PARK'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF CHRIS MATSON** to the following attorneys of record:

Steven N. Newton
Steven N. Newton, LLC
401 Westpark Court
Suite 200
Peachtree City, GA 30269
steven@mynewtonlaw.com

Nancy B. Pridgen
Pridgen Bassett Law, LLC
138 Bulloch Avenue
Roswell, Georgia 30075
nancy@pridgenbassett.com

*s/K. Tate Gray*
K. Tate Gray
Georgia Bar No. 919123

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 659-6700
(404) 222-9718 (facsimile)
gray@elarbeethompson.com

*Attorney for the City of Forest Park*