**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CHRIS MATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | 1:20-cv-04880-LMM-RDC |
| ) | |
| CITY OF FOREST PARK, GA, ) | |
| ) | |
| Defendant. ) | |

**PROPOSED ORDER**

The above styled case is presently before the Court on the *Joint Motion to Extend Discovery Period and Deadline for Dispositive Motions and Incorporated Memorandum of Law*. After careful consideration, and for good cause shown, the Motion is GRANTED. The Parties shall have up to August 2, 2021, to complete discovery. Further, the period for submission of dispositive motions has been extended through and including September 1, 2021.

IT IS SO ORDERED, this ___ day of _____, 2021.

_____
THE HONORABLE REGINA D. CANNON
UNITED STATES MAGISTRATE JUDGE