# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHRIS MATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | 1:20-cv-04880-LMM-RDC |
| ) | |
| CITY OF FOREST PARK, GA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S NOTICE OF DEPOSITION
## OF NATHANIEL CLARK

**To:** Nathaniel Clark
c/o K. Tate Gray, Esq.
Elarbee Thompson Sapp & Wilson, LLP
229 Peachtree Street, NE, 800 International Tower
Atlanta, Georgia 30303

You are hereby notified that, pursuant to the Federal Rules of Civil Procedure 30, attorney for Plaintiff will take the deposition of Nathaniel Clark, on Wednesday, June 30, 2021, beginning at 10:00 a.m. at the law offices of Defendant's counsel. The deposition will be taken before a duly authorized court reporter authorized to take depositions for the use in accordance with the law and shall continue from day to day thereafter until completed. The deposition shall be for the purposes of cross-examination, discovery, trial, and all other purposes allowed by the Federal Rules of Civil Procedure.

Respectfully submitted, this 15th day of June 2021.

**STEVEN N. NEWTON, LLC**

*/s/Steven N. Newton*
Steven N. Newton
Georgia Bar No. 211382

401 Westpark Court, Suite 200
Peachtree City, Georgia 30269
678-837-6398
678-831-0707 (fax)
Email:     steven@mynewtonlaw.com
            snnewtonlaw@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing pleading upon counsel to this matter by via Electronic Court Filing and depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Sharon P. Morgan, Esq. (morgan@elarbeethompson.com)
Laura A. Denton, Esq. (denton@elarbeethompson.com)
K. Tate Gray, Esq. (gray@elarbeethompson.com)

Respectfully submitted, this 15th day of June 2021.

**STEVEN N. NEWTON, LLC**

*/s/Steven N. Newton*
Steven N. Newton
Georgia Bar No. 211382

401 Westpark Court, Suite 200
Peachtree City, Georgia 30269
678-837-6398
678-831-0707 (fax)
Email:      steven@mynewtonlaw.com
                snnewtonlaw@gmail.com