# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHRIS MATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | 1:20-cv-004880-LMM-RDC |
| ) | |
| CITY OF FOREST PARK, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR CONSENT PROTECTIVE AND CONFIDENTIALITY ORDER

COME NOW the Parties to this action, by and through their attorneys, and pursuant to Federal Rule of Civil Procedure 26(c), move this Court for a Protective and Confidentiality Order regarding confidential information and documents.

As part of this case, Plaintiff and Defendant may produce documents of a confidential and private nature. As such, the Parties move this Court for an Order protecting these documents and information from disclosure to the public as it may cause harm to the Parties, except as set forth in the Consent Protective and Confidentiality Order. A proposed Consent Protective and Confidentiality Order, which has been agreed upon and approved by the attorneys for both Parties, is attached hereto for the Court's convenience.

Respectfully submitted this 12th day of August, 2021.

| | |
|---|---|
| **STEVEN N. NEWTON, LLC**<br><br>*s/ Steven N. Newton*<br>Steven N. Newton<br>Georgia Bar No. 211382<br>401 Westpark Court<br>Suite 200<br>Peachtree City, Georgia 30269<br>Telehone: (678) 837-6398<br>Facsimile: (678) 831-0707<br>steven@mynewtonlaw.com<br><br>**PRIDGEN BASSETT LAW, LLC**<br><br>*s/ Leslie M. Bassett*<br>Nancy B. Pridgen<br>Georgia Bar No. 587949<br>Leslie M. Bassett<br>Georgia Bar No. 477037<br>138 Bulloch Avenue<br>Atlanta, Georgia 30075<br>Telephone: (470) 333-7472<br>Facsimile: (678) 812-3654<br>nancy@pridgenbassett.com<br>leslie@pridgenbassett.com<br><br>*Attorneys for Plaintiff* | **ELARBEE, THOMPSON, SAPP & WILSON, LLP**<br><br>*s/Laura A. Denton*<br>Sharon P. Morgan<br>Georgia Bar No. 522955<br>Laura A. Denton<br>Georgia Bar No. 158667<br>229 Peachtree Street, N.E.<br>800 International Tower<br>Atlanta, Georgia 30303<br>Telephone: (404) 659-6700<br>Facsimile: (404) 222-9718<br>morgan@elarbeethompson.com<br>denton@elarbeethompson.com<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that this memorandum complies with the font and point selections approved by the Court in Local Rule 5.1C.  This brief has been prepared in Times New Roman, 14 point.

*s/ Laura A. Denton*
Laura A. Denton
Georgia Bar No. 158667

ELARBEE, THOMPSON, SAPP &
WILSON, LLP
229 Peachtree Street, N.E.
800 International Tower
Atlanta, Georgia 30303
Telephone: (404) 659-6700
Facsimile: (404) 222-9718
denton@elarbeethompson.com

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHRIS MATSON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO.: |
| | ) 1:20-cv-04880-LMM-RDC |
| CITY OF FOREST PARK, GA, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the **JOINT MOTION FOR CONSENT PROTECTIVE AND CONFIDENTIALITY ORDER** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

      Steven N. Newton
      Nancy B. Pridgen
      Leslie M. Bassett

This 12th day of August, 2021.

      *s/ Laura A. Denton*
      Laura A. Denton
      Georgia Bar No. 158667