IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRIS MATSON,

    Plaintiff,

v.

CITY OF FOREST PARK,

    Defendant.

CIVIL ACTION NO.
1:20-cv-04880-LMM-RDC

## ORDER

Before the Court is the parties' Joint Motion for Consent Protective and Confidentiality Order. (Doc. 35). The Court has reviewed the proposed protective order and, based on the parties' consent, finds that it satisfies Fed. R. Civ. P. 26(c). Upon due consideration and for good cause shown, the motion (Doc. 35) is **GRANTED**, and the Consent Protective Order (Doc. 35-1) is **ADOPTED** as the order of the Court.

To the extent a provision in the protective order conflicts with the Local Rules, the Federal Rules of Civil Procedure, or other binding law, that provision will be held unenforceable. In particular, the parties should consult the Local Rules and seek prior leave of Court before filing any material under seal. The Court retains the

discretion to modify the terms of the protective order at any time in this action. *See F.T.C. v. AbbVie Products LLC*, 713 F.3d 54, 61 (11th Cir. 2013).

    IT IS SO **ORDERED** on this 13th day of August 2021.

                                        */s/ R. Cannon*
                                    REGINA D. CANNON
                                    United States Magistrate Judge