IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRIS MATSON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FOREST PARK,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:20-cv-04880-LMM-RDC |

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay Discovery Pending Mediation. (Doc. 37). In an effort to resolve this case without further litigation, the parties have engaged a private mediator and ask the Court to stay this case pending the outcome of that mediation. Mediation is currently scheduled for November 16, 2021. Upon due consideration, the parties' Joint Motion (Doc. 37) is **GRANTED**. Discovery and all pretrial deadlines are hereby **STAYED** until **November 30, 2021**.

At the conclusion of mediation, the parties are **DIRECTED** to file a status report with the Court no later than **seven (7) days** following mediation, informing it

of the outcome of proceedings. If mediation does not produce a settlement, discovery will resume on December 1, 2021.

    IT IS SO **ORDERED** on this 21st day of September 2021.

                                                 */s/ R. Cannon*
                                        REGINA D. CANNON
                                        United States Magistrate Judge