**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| CHRIS MATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.: |
| vs. | ) | 1:20-cv-04880-LMM-RDC |
| | ) | |
| CITY OF FOREST PARK, GA, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's September 21, 2021 Order [ECF No. 38], the Parties respectfully provide this Court with their Joint Status Report as follows:

1.     During the discovery period and after engaging in good faith discussions regarding settlement, the Parties agreed to mediate this case. Accordingly, the Parties submitted to this Court a Joint Motion to Stay Discovery Pending Mediation on September 17, 2021. [Doc. 37.] This Court granted said motion on September 21, 2021, and stayed discovery until November 30, 2021. [Doc. 38.]

2.     In the Court's Order granting the Motion to Stay Discovery, this Court instructed the Parties to file a "status report with the Court no later than seven (7) days following mediation, informing it of the outcome of the proceedings." (Order at 1-2, Sept. 21, 2021, ECF No. 38.)

3.      The Parties resolved the matter at mediation and are working to finalize all necessary paperwork.  The Parties hope to file the Joint Stipulation of Dismissal with Prejudice in the case within the next month or two.

Respectfully submitted, this 22nd day of November, 2021.

| STEVEN N. NEWTON, LLC | ELARBEE, THOMPSON, SAPP & WILSON, LLP |
|---|---|
| *s/ Steven N. Newton*<br>Steven N. Newton<br>Georgia Bar No. 211382<br>401 Westpark Court<br>Suite 200<br>Peachtree City, Georgia  30269<br>Telehone: (678) 837-6398<br>Facsimile: (678) 831-0707<br>steven@mynewtonlaw.com | *s/Sharon P. Morgan*<br>Sharon P. Morgan<br>Georgia Bar No. 522955<br>Laura A. Denton<br>Georgia Bar No. 158667<br>800 International Tower<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia  30303<br>Telephone: (404) 659-6700<br>Facsimile: (404) 222-9718<br>morgan@elarbeethompson.com<br>denton@elarbeethompson.com |
| **PRIDGEN BASSETT LAW, LLC** | |
| *s/ Leslie M. Bassett*<br>Nancy B. Pridgen<br>Georgia Bar No. 587949<br>Leslie M. Bassett<br>Georgia Bar No. 477037<br>138 Bulloch Avenue<br>Atlanta, Georgia  30075<br>Telephone: (470) 333-7472<br>Facsimile: (678) 812-3654<br>nancy@pridgenbassett.com<br>leslie@pridgenbassett.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that this memorandum complies with the font and point selections approved by the Court in Local Rule 5.1C.  This brief has been prepared in Times New Roman, 14 point.

*s/ Laura A. Denton*
Laura A. Denton
Georgia Bar No. 158667

ELARBEE, THOMPSON, SAPP &
WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
(404) 659-6700
(404) 222-9718 (facsimile)
denton@elarbeethompson.com

*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

CHRIS MATSON,                          )
                                       )
          Plaintiff,                   )
                                       )          CIVIL ACTION NO.:
     vs.                               )          1:20-cv-04880-LMM-RDC
                                       )
CITY OF FOREST PARK, GA,               )
                                       )
          Defendant.                   )

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2021, I electronically filed the foregoing

**JOINT STATUS REPORT** with the Clerk of Court using the CM/ECF system,

which will automatically send email notification of such filing to the following

attorneys of record:

Steven N. Newton
Nancy B. Pridgen
Leslie M. Bassett

*s/ Laura A. Denton*
Laura A. Denton
Georgia Bar No. 158667

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
(404) 659-6700
(404) 222-9718 (Facsimile)
denton@elarbeethompson.com

*Attorney for Defendant*